UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RODNEY DEWALT**,                                              Civil Case No. 3:13-CV-00777-KI

        Plaintiff,                                              JUDGMENT

   v.

**WILLIAM GRAVES**,

        Defendant.

       Rodney DeWalt
       9203 S.W. 75th Ave
       Portland, OR 97223

          *Pro se* Plaintiff

Page 1 - JUDGMENT

 

Justin P. Grose
Assistant Attorney General
Oklahoma Office of the Attorney General
Litigation Section
313 NE 21st St.
Oklahoma City, OK 73105

    Attorney for Defendant

KING, Judge:

Based on the record, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this   21st   day of August, 2013.

                     /s/ Garr M. King
                    Garr M. King
                    United States District Judge

